# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

—oOo—

**UNITED STATES OF AMERICA**
V.
IRAN DENNIS FOSTER



FILED MAR 27 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## WARRANT FOR ARREST

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

1:15 MJ 00044 GSA

YOU ARE HEREBY COMMANDED to arrest IRAN DENNIS FOSTER

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offenses)
Conspiracy to Distribute and or Possess with Intent to Distribute Controlled Substances and Use of a Communication Facility to Commit a Drug Offense

in violation of Title 21, United States Code, Section(s) § 846, 841(a)(1) and 843b

| Gary S. Austin | _/s/_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | March 25, 2015, in Fresno, California |
| Title of Issuing Officer | Date and Location |

| RETURN ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Peninsula Messenger Service 5757 E. Clinton Ave, Fresno, CA ||||
| DATE RECEIVED 3/25/15 | NAME AND TITLE OF ARRESTING OFFICER Sherri Reynolds ATF || SIGNATURE OF ARRESTING OFFICER *Sherri Ryun* |
| DATE OF ARREST 3/25/15 ||||