# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number:

1:15-cr-00104 AWI-SKO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

__Iran Dennis Foster__
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: 6/16/15

_____
Signature

Mark A. Broughton
Print Name

079822
State Bar Number

2445 Capitol Street, Ste. 150
Address

Fresno 93721
City                    Zip Code

559-233-5333
Phone Number

mark@hbcriminaldefense.com
E-Mail Address

☒ Appointed
☐ Retained