Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Email: efogderude1@yahoo.com

Attorney for Defendant,  JENNIFER DONABEDIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      v.<br><br>JENNIFER DONABEDIAN and IRAN DENNIS FOSTER<br><br>                              Defendants. | No.  1:15-CR-00104-AWI-SKO<br><br>**STIPULATATION TO MODIFY CONDITIONS OF RELEASE AND ORDER THEREON** |

<u>STIPULATION</u>

Jennifer Donabedian, Defendant, by and through her attorney of record, Eric K. Fogderude, Iran Dennis Foster, by and through his attorney of record, Mark A. Broughton, and the United States of America, by and through its attorney of record, Melanie L. Alsworth, hereby stipulate that additional conditions of release item (7)(e) of Defendant Jennifer Donabedian's Order of Release dated March 27, 2015, and Defendant Iran Dennis Foster's Order of Release dated October 13, 2015, be modified to allow for contacts between Jennifer Donabedian and Iran Dennis Foster, with all other conditions not in conflict to remain in full force and effect.

///

///

1

The parties stipulate and agree that the Addition of Conditions of Release item (7)(e) of Defendant, Jennifer Donabedian's Order dated March 27, 2015 and Defendant Iran Dennis Foster's Order dated October 13, 2015 be modified as follows:

(e)  not associate or have any contact with: Randy Flowers, Keith Foster, Rafael Guzman and Sarah Ybarra, unless in the presence of counsel or otherwise approved in advance by the PSO, and Defendants Jennifer Donabedian and Iran Dennis Foster may associate and have contact with each other, except that they may not discuss any aspect of this case with one another.

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

Good cause exists for this modification because the defendants, since their releases have successfully complied with the Order and the directions of the pretrial service officers and because prior to their arrests, Ms. Donabedian and Mr. Iran Dennis Foster were involved in an eight year domestic partner type relationship.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | FLETCHER & FOGDERUDE, INC. |
| Dated: December 23, 2015 | /s/ Eric K. Fogderude |
|  | Eric K. Fogderude, Attorney for Defendant, JENNIFER DONABEDIAN |
| Dated: December 23, 2015 | HAMMERSCHMIDT, BROUGHTON LAW GROUP |
|  | /s/ Mark A. Broughton |
|  | MARK A. BROUGHTON, Attorney for Defendant, IRAN DENNIS FOSTER |
|  | UNITED STATES ATTORNEY |
| Date: December 23, 2015 | /s/ Melanie Alsworth |
|  | Melanie Alsworth Assistant United States Attorney |

///

## ORDER

IT IS HEREBY ORDERED that the Release Order dated March 27, 2015, for Defendant JENNIFER DONABEDIAN and the Release Order dated October 13, 2015, for Defendant IRAN DENNIS FOSTER be modified as to Additional Conditions of Release item (7)(e) which shall read as follows:

(e)  not associate or have contact with: Randy Flowers, Keith Foster, Rafael Guzman and SarahYbarra, unless in the presence of counsel or otherwise approved in advance by the PSO, and Defendants Jennifer Donabedian and Iran Dennis Foster may associate and have contact with each other, except that they may not discuss any aspect of this case with one another.

All previously ordered conditions of release not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 28, 2015**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE