# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**
MAR 07 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| **United States of America** vs. Iran Dennis Foster | Case No. 1:15-CR-00104-AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Iran Foster_____, have discussed with _____Amaryllis Gonzalez_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release:

> You shall participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. HOME DETENTION: You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO.

Reason for modification: The defendant has been subject to location monitoring since his release on October 15, 2015. He has been compliant since that time.

All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 3-4-16    _____ 3/3/16
Signature of Defendant         Date    Signature of Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____    3/3/16
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    3/3/16
Signature of Defense Counsel    Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___3/4/16___
☐ The above modification of conditions of release is *not* ordered.

_____    3/4/16
Judicial Officer Signature    Date