Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Sally S. Vecchiarelli, #305636
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, IRAN DENNIS FOSTER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>IRAN DENNIS FOSTER,<br><br>    Defendant. | Case No.: 1:15-CR-00104-AWI-SKO<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING; AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Iran Dennis Foster, and Melanie Alsworth, Assistant United States Attorney, that the Sentencing Hearing set for July 10, 2017, at 10:00 a.m., be continued to August 28, 2017 at 10:00 a.m.

The Stipulation is based on good cause. This continuance is requested by counsel for Defendant FOSTER, due to the fact that the probation report will not be ready in time for Sentencing. Counsel for Defendant has spoken to the A.U.S. A, Melanie Alsworth and Megan Pascual from U.S. Probation, who have no objections to this continuance.

///

1

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED: May 9, 2017

/s/ Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney

DATED: May 9, 2017

/s/Mark A. Broughton
MARK A. BROUGHTON
Attorney for IRAN DENNIS FOSTER

ORDER

**IT IS SO ORDERED**

Dated: _____, 2017

_____
HONORABLE ANTHONY W. ISHII
U.S. CHIEF DISTRICT COURT JUDGE