Mark A. Broughton, #079822
Sally S. Vecchiarelli, #305636
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, IRAN DENNIS FOSTER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>IRAN DENNIS FOSTER,<br><br>    Defendant. | Case No.: 1:15-CR-00104-AWI-SKO<br><br>**REQUEST FOR ORDER AUTHORIZING TRAVEL TO OREGON PRIOR TO REPORTING TO BUREAU OF PRISONS; AND ORDER** |

    Iran Dennis Foster, by and through his attorney of record, Mark A. Broughton, respectfully submits this request for an order authorizing his travel to Redding, California and then to Medford, Oregon prior to voluntarily surrendering. Mr. Foster is set to turn himself in to the Bureau of Prisons in Los Angeles, California on January 8, 2018.

    Mr. Foster makes this request so he may visit close friends one final time before he voluntarily surrenders. Mr. Foster requests to travel for a total of seven days from the day the request is approved. He intends to return to Fresno, California before December 25, 2017.

    Melanie Alsworth, Assistant United States Attorney, represented to Mr. Broughton on that she does not have any objection to Mr. Foster traveling before he is set to surrender himself on January 8, 2018.

1

Mr. Foster intends to drive his White Chevrolet Silverado, bearing license plate number 39014P1. The vehicle is registered to Iran Dennis Foster. Mr. Foster plans to first stop in Redding, California and stay with Antonio Robinson. After his visit with Mr. Robinson, Mr. Foster would like to travel to Medford, Oregon and stay with Melissa Huston. Mr. Foster has known both Mr. Robinson and Ms. Huston for over 20 years.

Respectfully Submitted.

DATED: December 18, 2017

/s/Mark A. Broughton
MARK A. BROUGHTON
Attorney for IRAN DENNIS FOSTER

ORDER

IT IS SO ORDERED.

Dated: December 20, 2017

SENIOR DISTRICT JUDGE